| AO-10<br>Rev. 1/2004 | AMENDED<br>FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | **SELF INITIATED** rt Required by the Ethics<br>**AMENDMENT** Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HEYBURN II, JOHN G | 2. Court or Organization<br><br>U.S.D.C.KENTUCKY WESTERN | 3. Date of Report<br><br>4/16/2008 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status:<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,　　Date<br><br>◯ Initial　　⦿ Annual　　◯ Final | 6. Reporting Period<br><br>1/1/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>239 U.S. Courthouse<br><br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ Date＿＿＿＿＿＿ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp 9-13 of filing instructions)

☐ NONE - (No reportable positions)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Trustee | Charitable Foundation - H |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE COMM... 2008 APR 22 A 10: 49 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income )

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 4/16/2008 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Visa | Credit Card | J |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. I.S. Trust | D | Dividend | | | | | | | |
| 2. F.F.S. Trust | C | Dividend | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5. Banco Bilbao Vizcaya | | | | | buy | 5/24 | | | |
| 6. Berkshire Hathaway-B | | | | | | | | | |
| 7. Chevron | | | | | | | | | |
| 8. Compass Bankshares | | | | | sold all | 5/8 | | | |
| 9. Exxon Mobil | | | | | | | | | |
| 10. Home Depot | | | | | sold all | 5/8 | | | |
| 11. Growth Fd. Of America | | | | | | | | | |
| 12. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 13. 12a. Growth Fd. of America | | | | | | | | | |
| 14. Invest.Co.of Am. | | | | | | · | | | |
| 15. Smallcap Wld.Fd. | | | | | | | | | |
| 16. OTHER INVESTMENTS | | | | | | | | | |
| 17. Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |
| 18. American Int Group | A | Dividend | | | sold | 11/20 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. American Tower Corp | A | Dividend | J | T | | | | | |
| 20. Anheuser Busch | A | Dividend | L | T | | | | | |
| 21. BP PLC | A | Dividend | | | sold | 11/20 | K | A | |
| 22. Berkshire Hathaway | A | Dividend | L | T | buy | 2/21 | K | A | |
| 23. Bristol Myers Squibb | C | Dividend | L | T | | | | | |
| 24. Brown Forman Inc. | A | Dividend | K | T | sold | 2/21 | L | A | |
| 25. Chevron Corp. | B | Dividend | L | T | | | | | |
| 26. Citadel Broadcasting | A | Dividend | J | T | gift | 6/1 | | | |
| 27. Clorox Co. | A | Dividend | L | T | sold | 12/13 | J | A | |
| 28. Coca-Cola | A | Dividend | | | sold | 2/21 | L | A | |
| 29. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 30. Compass Bksh Inc. | A | Dividend | | | sold | 5/8 | K | A | |
| 31. Computer Services Inc. | A | Dividend | | | sold | 2/16 | K | A | |
| 32. Costco | A | Dividend | K | T | | | | | |
| 33. Daktronics, Inc. | A | Dividend | J | T | buy | 12/7 | J | A | |
| 34. Disney Co. | A | Dividend | K | T | | | | | |
| 35. Dominion Res Inc. | A | Dividend | | | sold | 5/8 | J | A | |
| 36. Ebay Inc. | A | Dividend | K | T | sold | 5/8 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 38. Exxon Mobil | B | Dividend | M | T | | | | | |
| 39. First Marblehead Corp | A | Dividend | J | T | | | | | |
| 40. General Electric Co. | B | Dividend | M | T | | | | | |
| 41. GlaxcoSmithKline PLC * (W) | A | Dividend | K | T | | | | | |
| 42. Goldman Sachs | A | Dividend | J | T | buy | 8/7 | J | A | |
| 43. Growth Fd Of America | A | Dividend | L | T | | | | | |
| 44. Harbor Inter. Fd. | A | Dividend | | | sold | 5/8 | J | A | |
| 45. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 46. Home Depot Inc. | A | Dividend | M | T | sold | 2/21 | J | A | |
| 47. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 48. Kimberly-Clark Corp | A | Dividend | K | T | | | | | |
| 49. MBIA Inc. | A | Dividend | K | T | sold | 11/20 | K | A | |
| 50. McGraw-Hill Cos. | A | Dividend | K | T | | | | | |
| 51. Medtronic Inc. | A | Dividend | K | T | | | | | |
| 52. Merck and Co. | A | Dividend | K | T | | | | | |
| 53. Microsoft | A | Dividend | M | T | | | | | |
| 54. Moodys | A | Dividend | K | T | sold | 11/20 | L | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash/Market | |
| | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Morgan, J.P. Co. | A | Dividend | | | sold | 2/21 | J | A | |
| 56. Pepsico | A | Dividend | J | T | gift | 6/1 | J | A | |
| 57. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 58. Schlumberger Ltd (W) | A | Dividend | K | T | | | | | |
| 59. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 60. SY Bank Corp. | A | Dividend | K | T | sold | 11/20 | J | A | |
| 61. US Wireless Online, Inc | A | Dividend | J | T | | | | | |
| 62. Walgreen Company | A | Dividend | K | T | | | | | |
| 63. Wells Fargo Co. | A | Dividend | | | sold | 11/20 | J | A | |
| 64. Wyeth, formerly Amer.Home Prod. | C | Dividend | M | T | | | | | |
| 65. Zimmer Hldgs | A | Dividend | K | T | | | | | |
| 66. TRUST - (███ Tr.) | D | Dividend | N | T | | | | | |
| 67. Baird Bond Fund | | | | | | | | | |
| 68. Blackrock Fd. | | | | | | | | | |
| 69. Gen.Elect. | | | | | | | | | |
| 70. Ishares Tr. | | | | | | | | | |
| 71. National City | | | | | | | | | |
| 72. JP Morgan Co. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1.001-$2.500 | C = $2,501-$5.000 | D = $5,001-$15.000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5.000.000 | H2 = More than $5,000.000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100.000 | M = $100,001-$250,000 | |
| | N = $250.000-$500.000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5.000.000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. TRUST (MPS Tr.) - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | |
| 74. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 75. American Intl Group | | | | | | | | | |
| 76. BP PLC ADR | | | | | | | | | |
| 77. Citigroup Inc. | | | | | | | | | |
| 78. Coca Cola Co | | | | | | | | | |
| 79. Gannett Co. | | | | | | | | | |
| 80. General Electric | | | | | | | | | |
| 81. GlaxoSmithKline PLC | | | | | | | | | |
| 82. Honeywell Intl. | | | | | | | | | |
| 83. Johnson & Johnson | | | | | | | | | |
| 84. Marsh & McLennan | | | | | | | | | |
| 85. McGraw-Hill Co. | | | | | | | | | |
| 86. National City Corp. | | | | | | sold all | 6/1 | | | |
| 87. Nokia Corp. | | | | | | | | | |
| 88. Proctor & Gamble | | | | | | | | | |
| 89. Schlumberger Ltd. | | | | | | | | | |
| 90. Texas Instruments | | | | | | buy | 6/1 | | | |

1 Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2 Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000   -

3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children  See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Wells Fargo & Co | | | | | | | | | |
| 92. CHARITABLE FOUNDATION - (█Fd.) | C | Dividend | K | T | | | | | |
| 93. 92a. Hilliard Lyons Growth | | . | | | | | | | |
| 94. ING ReliaStar Ins.Co.    Universal Life Policy | | | N | V | | | | | |
| 95. MONY Whole Life | | | K | V | | | | | |
| 96. R.H. BURNHEY INVEST. LLC | | | | | dissolved | 12/1 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1  Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2  Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | - | P4 = $More than $50,000,000 | | | |
| 3  Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 4/16/2008 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report )

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 4/16/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  4-16-08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10<br>Rev. 1/2004 | | **Report Required by the Ethics**<br>**in Government Act of 1978**<br>(5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEYBURN II, JOHN G | U.S.D.C.KENTUCKY WESTERN | 4/10/2008 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ◯ Nomination, Date<br>◯ Initial  ◉ Annual  ◯ Final | 1/1/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 239 U.S. Courthouse<br>Louisville, KY 40202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Charitable Foundation - H |

## II. AGREEMENTS. (Reporting individual only; see pp 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 4/10/2008 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Visa | Credit Card | J |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children  See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   I.S. Trust | D | Dividend | | | | | | | |
| 2.   F.F.S. Trust | C | Dividend | | | | | | | |
| 3.   HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4.   Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5.   Banco Bilbao Vizcaya | | | | | buy | 5/24 | | | |
| 6.   Berkshire Hathaway-B | | | | | | | | | |
| 7.   Chevron | | | | | | | | | |
| 8.   Compass Bankshares | | | | | sold all | 5/8 | | | |
| 9.   Exxon Mobil | | | | | | | | | |
| 10.   Home Depot | | | | | sold all | 5/8 | | | |
| 11.   Growth Fd. Of America | | | | | | | | | |
| 12.   HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 13.   12a.  Growth Fd. of America | | | | | | | | | |
| 14.   Invest.Co.of Am. | | | | | | . | | | |
| 15.   Smallcap Wld.Fd. | | | | | | | | | |
| 16.   OTHER INVESTMENTS | | | | | | | | | |
| 17.   Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |
| 18.   American Int Group | A | Dividend | | | | 11/20 | J | A | |

| 1  Income/Gain Codes: | A  = $1.000 or less | B  = $1.001-$2.500 | C  = $2.501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F  = $50.001-$100,000 | G  = $100,001-$1,000,000 | H1  = $1.000,001-$5.000,000 | H2  = More than $5,000,000 | |
| 2  Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5,000,000 | P2  = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = $More than $50,000,000 | | |
| 3  Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Tower Corp | A | Dividend | J | T | | | | | |
| 20. Anheuser Busch | A | Dividend | L | T | | | | | |
| 21. BP PLC | A | Dividend | | | sold | 11/20 | K | A | |
| 22. Berkshire Hathaway | A | Dividend | L | T | buy | 2/21 | K | A | |
| 23. Bristol Myers Squibb | C | Dividend | L | T | | | | | |
| 24. Brown Forman Inc. | A | Dividend | | | sold | 2/21 | L | A | |
| 25. Chevron Corp. | B | Dividend | L | T | | | | | |
| 26. Citadel Broadcasting | A | Dividend | J | T | gift | 6/1 | | | |
| 27. Clorox Co. | A | Dividend | L | T | sold | 12/13 | J | A | |
| 28. Coca-Cola | A | Dividend | | | sold | 2/21 | L | A | |
| 29. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 30. Compass Bksh Inc. | A | Dividend | | | sold | 5/8 | K | A | |
| 31. Computer Services Inc. | A | Dividend | | | sold | 2/16 | K | A | |
| 32. Costco | A | Dividend | K | T | | | | | |
| 33. Disney Co. | A | Dividend | K | T | | | | | |
| 34. Dominion Res Inc. | A | Dividend | | | sold | 5/8 | J | A | |
| 35. Ebay Inc. | A | Dividend | | | sold | 5/8 | K | A | |
| 36. Emerson Electric Co. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes          Q - Appraisal              R -- Cost (Real Estate Only)  S = Assessment          T - Cash/Market
   (See Column C2)             U - Book Value             V -- Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Exxon Mobil | B | Dividend | M | T | | | | | |
| 38. First Marblehead Corp | A | Dividend | J | T | | | | | |
| 39. General Electric Co. | B | Dividend | M | T | | | | | |
| 40. GlaxcoSmithKline PLC * (W) | A | Dividend | K | T | | | | | |
| 41. Growth Fd. Of America | A | Dividend | L | T | | | | | |
| 42. Harbor Inter. Fd. | A | Dividend | | | sold | 5/8 | J | A | |
| 43. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 44. Home Depot Inc. | A | Dividend | M | T | sold | 2/21 | J | A | |
| 45. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 46. Kimberly-Clark Corp | A | Dividend | K | T | | | | | |
| 47. MBIA Inc. | A | Dividend | K | T | sold | 11/20 | K | A | |
| 48. McGraw-Hill Cos. | A | Dividend | K | T | | | | | |
| 49. Medtronic Inc. | A | Dividend | K | T | | | | | |
| 50. Merck and Co. | A | Dividend | K | T | | | | | |
| 51. Microsoft | A | Dividend | M | T | | | | | |
| 52. Moodys | A | Dividend | K | T | sold | 11/20 | L | A | |
| 53. Morgan, J.P. Co. | A | Dividend | | | sold | 2/21 | J | A | |
| 54. Proctor & Gambill | B | Dividend | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Schlumberger Ltd (W) | A | Dividend | K | T | | | | | |
| 56. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 57. SY Bank Corp. | A | Dividend | K | T | sold | 11/20 | J | A | |
| 58. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 59. Walgreen Company | A | Dividend | K | T | | | | | |
| 60. Wells Fargo Co. | A | Dividend | | | sold | 11/20 | J | A | |
| 61. Wyeth, formerly Amer.Home Prod. | C | Dividend | M | T | | | | | |
| 62. Zimmer Hldgs | A | Dividend | K | T | | | | | |
| 63. TRUST - ▮▮▮Tr.) | D | Dividend | N | T | | | | | |
| 64. Blackrock Fd. | | | | | | | | | |
| 65. Gen.Elect. | | | | | | | | | |
| 66. National City | | | | | | | | | |
| 67. JP Morgan Co. | | | | | | | | | |
| 68. TRUST (MPS Tr.) - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | |
| 69. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 70. American Intl Group | | | | | | | | | |
| 71. BP PLC ADR | | | | | | | | | |
| 72. Citigroup Inc. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcactions (includes those of the spouse and dependent children  See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Coca Cola Co | | | | | | | | | |
| 74. Gannett Co. | | | | | | | | | |
| 75. General Electric | | | | | | | | | |
| 76. GlaxoSmithKline PLC | | | | | | | | | |
| 77. Honeywell Intl. | | | | | | | | | |
| 78. Johnson & Johnson | | | | | | | | | |
| 79. Marsh & McLennan | | | | | | | | | |
| 80. McGraw-Hill Co. | | | | | | | | | |
| 81. National City Corp. | | | | | sold all | 6/1 | | | |
| 82. Nokia Corp. | | | | | | | | | |
| 83. Proctor & Gamble | | | | | | | | | |
| 84. Schlumberger Ltd. | | | | | | | | | |
| 85. Texas Instruments | | | | | buy | 6/1 | | | |
| 86. Wells Fargo & Co | | | | | | | | | |
| 87. CHARITABLE FOUNDATION - (███ Fd.) | C | Dividend | K | T | | | | | |
| 88. 87a. Hilliard Lyons Growth | | | | | | | | | |
| 89. ING ReliaStar Ins.Co.    Universal Life Policy | | | N | V | | | | | |
| 90. MONY Whole Life | | | K | V | | | | | |

1 Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3 Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. R.H. BURNHEY INVEST. LLC | | | | | dissolved | 12/1 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 4/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____           Date_____ 4 - 10 - 08 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544